UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of Parron-Hall Corporation, a California corporation, | ) ) ) ) | Case No. 07cv1235-BTM (BLM) |
| | ) | **ORDER CONFIRMING SETTLEMENT** |
| | ) | **AND SETTING DEADLINE TO FILE** |
| Plaintiff, | ) | **JOINT MOTION FOR DISMISSAL** |
| | ) | |
| v. | ) | |
| | ) | |
| C.E. WYLIE CONSTRUCTION CO., et al., | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

An Early Neutral Evaluation ("ENE") was held on September 26, 2007, at 1:30 p.m. in the above-entitled action.  The case settled and the settlement terms were recorded by Jeannette Hill, court reporter.

A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **October 29, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day.  If the signed joint

---

[1]    The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov

motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **October 29, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Confer- ence.  The Settlement Disposition Conference will be held on **November 1, 2007** at **9:00 a.m.** in **Courtroom A**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED:   September 27, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE BARRY TED MOSKOWITZ
U.S. DISTRICT JUDGE

ALL COUNSEL

(follow link for "General Order 550, Procedural Rules for Electronic Case Filing").