1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of Parron-Hall Corporation, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>C.E. WYLIE CONSTRUCTION CO., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Defendants. | CASE NO.  07 cv 1235 BTM (BLM)<br><br>ORDER GRANTING APPROVAL OF SUBSTITUTION OF ATTORNEYS OF RECORD FOR DEFENDANT C. E. WYLIE CONSTRUCTION CO. |

    The Court hereby orders that the request of Defendant C. E. Wylie Construction Company ("Wylie") to substitute Robert C. Niesley (State Bar No. 131373), Ali Salamirad (State Bar No. 209043), and Rebecca S. Glos (State Bar No. 210396), WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P., 2040 Main Street, Suite 300, Irvine, CA 92614, Telephone: (949) 852-6700, Facsimile: (949) 261-0771 as attorney of record in place and stead of Merrill F. Storms, Jr., DLA Piper US LLP is hereby granted.

DATED: 9/28/07

                                                       Hon. Barry Ted Moskowitz
                                                       U. S. DISTRICT COURT JUDGE

SD\1760551.1

DLA PIPER US LLP
SAN DIEGO

ORDER GRANTING SUBSTITUTION
Case No. 07 CV 1235 BTM (BLM)